**J. E. Rehnstrom, appellee, v. C. A. Vallentin and C. A. Lofgren, appellants. Gen. No. 25,553.**

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell,

Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

William R. Hauze, for appellants; Joseph G. Sheldon, of counsel. Harris F. Williams, for appellee.

Mr. Justice Dever delivered the opinion of the court.